October 21, 1904.) Action by George W. Remaw against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., not sitting.

REYNOLDS, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by James L. Reynolds against the city of Mt. Vernon. No opinion. Order affirmed, with $10 costs and disbursements.

REYNOLDS, Appellant, v. LEYDEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by John A. Reynolds, individually, etc., against Maurice Leyden. No opinion. Judgment affirmed, with costs.

RHINEHART et al., Respondents, v. REDFIELD PUBLIC WORKS COM'R, Appellant. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Application of Clark D. Rhinehart and another for a peremptory writ of mandamus against William C. Redfield, as commissioner of public works, etc. No opinion. Motion granted, and order resettled and signed.

RICE v. RICE. (Supreme Court, Appellate Division First Department. November 25, 1904.) Action by Isabel S. Rice against Charles W. Rice. No opinion. Motion denied, on payment of $10 costs.

RIGLANDER, Respondent, v. MORNING JOURNAL ASS'N et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Mabel Riglander against the Morning Journal Association and the Star Company. From an order granting a preference and setting the case for trial for a day certain in the October term of the court, defendants appeal. Reversed. David B. Hill, for appellants. Joseph J. Cunningham, for respondent.

PER CURIAM. For the reasons stated in the opinion in the case of Riglander v. Star Company (decided herewith) 90 N. Y. Supp. 772, the order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

LAUGHLIN, J., dissents.

ROBERTS, Appellant, v. BRODERICK, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by James A. Roberts, as receiver, etc., against John J. Broderick. No opinion. Judgment and order affirmed, with costs.

ROBERTS, Respondent, v. COOK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by James A. Roberts as receiver, etc., against Richard P. Cook.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents.

ROCHEVOT et al., Respondents, v. WOLF, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Caroline Rochevot and others against Fred W. Wolf. No opinion. Motion for reargument denied, with $10 costs.

RODGER et al. v. CITY OF SYRACUSE. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by C. Julia Rodger and others against the city of Syracuse.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HISCOCK, J., dissents.

ROOSEVELT et al. v. SCHILE et al. (two cases). (Supreme Court, Appellate Division, First Department. November 11, 1904.) Actions by John E. Roosevelt and others against Romeo H. Schile and others. No opinion. Motion denied.

In re ROSENSTRETER. (Supreme Court, Appellate Division, First Department. November 25, 1904.) In the matter of Peter Rosenstreter. F. W. Keller, for appellant. H. A. Aplington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSENTHAL, Respondent, v. MINSKY, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by William F. Rosenthal against Louis Minsky. A. Pfeiffer, for appellant. J. J. O'Connell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSSENBACH, Respondent, v. SUPREME COURT I. O. F., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Theresa Rossenbach against the Supreme Court of the Independent Order of Foresters. No opinion. Judgment and order affirmed, with costs.

RUBENSTEIN et al., Respondents, v. RYAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by George H. Rubenstein and another against George W. Ryan.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the proceeding upon replevin of property and the provision for an undertaking upon such proceeding are entirely independent of the provision for security for costs against a nonresident plaintiff.

WILLIAMS, J., not voting.

RYAN, Appellant, v. HOYT et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Mary Ryan against Frederick M. Hoyt, Marshall E. Hoyt, and the United Traction Company. No opinion. Judgments and orders unanimously affirmed, with one bill of costs.

SANBORN v. LINDENTHAL, Com'r. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Daniel S.

Sanborn against Gustav Lindenthal, Commissioner. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SANDERS, Appellant, v. HOYT, Town Clerk, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Katharine M. Sanders against James A. Hoyt, town clerk, etc. No opinion. Judgment unanimously affirmed, with costs.

In re SANFORD. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) In the matter of the application of Charles M. Sanford for admission to the bar. No opinion. Application granted.

SAUNDERS, Respondent, v. COON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Katharine Davis Saunders against Willis H. Coon.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
McLENNAN, P. J., not voting.

SAVARESE et al., Respondents, v. HOWES TRANSPORTATION & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Vincenzo Savarese and others against the Howes Transportation & Contracting Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCHENECTADY RY. CO., Appellant, v. LYON et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by the Schenectady Railway Company against J. Alexander Lyon, Grace Hawley, and others. No opinion. Orders (89 N. Y. Supp. 908) affirmed, with $10 costs and disbursements in one appeal.

SCHOOLER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Rosie Schooler, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

SCHULTZ, Appellant, v. KELLY et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Harry L. Schultz against Catherine T. Kelly and another. No opinion. Motion denied, without costs.

SCULLIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by William J. Scullin against the Brooklyn Heights Railroad Company. No opinion. Appeal dismissed by default, with costs.

SEABOARD HOTEL CO. v. GILSEY et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by the Seaboard Hotel Company against Henry Gilsey and others. No opinion. Motion granted.

SEABOARD HOTEL CO. et al., Appellants, v. GILSEY et al., Respondents. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by the Seaboard Hotel Company and others against Henry Gilsey and others. L. O. Van Doren, for appellants. S. Kohn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SECOR et al. v. AMMON. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by James K. Secor and another against Robert A. Ammon. No opinion. Motion denied, on payment of $20 costs.

SEELEY, Appellant, v. CONNORS et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by James J. Seeley against James J. Connors and Matilda Ostrum. No opinion. Motion to dismiss appeal denied, without costs.

SEELEY v. CONNORS et al. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) In the matter of the proceedings supplementary to execution in an action entitled "James J. Seeley (judgment debtor) against James J. Connors and Matilda Ostrum (defendants) and George Allaire (judgment creditor)."
PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appeal is perfected within 20 days, and case placed at the foot of the present calendar. On compliance with this condition, the motion is denied, without costs.

SHANAHAN CLOAK CO., Respondent, v. BROTHERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by the Shanahan Cloak Company against Helen M. Brothers.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SPRING, J., not sitting.

SHELDON v. TOWN OF ALLEGANY. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Park C. Sheldon, as administrator, etc., against the town of Allegany.
PER CURIAM. Plaintiff's motion for new trial on exceptions, ordered heard in this court in the first instance, discontinued without costs, upon stipulation of the parties hereto.

SHEPARD v. SHEPARD. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Henry B. Shepard against Florence A. Shepard. No opinion. Motion denied, on payment of $10 costs.